November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF D.L.W., a Juvenile

NO. 14-12-00778-CV
NO. 14-12-00779-CV

_____

Today the Court heard its own motion to dismiss the appeals from the orders signed by the court below on August 20, 2012. Having considered the motion and found it meritorious, we order the appeals **DISMISSED**.

We further order that all costs incurred by reason of these appeals be paid by appellant, D.L.W.

We further order this decision certified below for observance.